

07 CIV 8235

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMJEON INTERNATIONAL CO. LTD.

**Plaintiff**


-v-


EMIRATES TRADING AGENCY LLC,

**Defendant**

Case No. 

RECEIVED
SEP 2 1 2007
U.S.D.
CASHIERS

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for NAMJEON INTERNATIONAL CO. LTD. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: SEPT. 20, 2007

**Signature of Attorney**
Patrick C. Crilley
**Attorney Bar Code:** PC 9057

233 Broadway - Suite 2202
New York, NY 10279
(212) 619-1919

Form Rule7_1.pdf