Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962 -1818
*Patrick C. Crilley (PC 9057)*
*Of Counsel*
*(212) 619-1919*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NAMJEON INTERNATIONAL CO. LTD.

         Plaintiff,

-against-

EMIRATES TRADING AGENCY LLC,

         Defendant.
------------------------------------------------------------x

ECF CASE

07 Cv 8235 (RPP)

**ORDER AND VOLUNTARY DISMISSAL PURSUANT TO**
**Fed. Rules of Civ. Pro. 41(a)(1)(i)**

      WHEREAS, this action was commenced by filing of a Summons and Verified Complaint on September 21, 2001; and

      WHEREAS, at the request of Plaintiff, on September 21, 2007, the Court issued its "Order Directing Clerk to Issue Process of Maritime Attachment And Garnishment"; and

      WHEREAS, said Process was issued on September 21, 2007 in the form of a Writ of Attachment; and

      WHEREAS, after service of the Writ of Attachment upon potential garnishees in the district and pursuant to said Writ of Attachment, Defendant's property, in the form of an

Electronic Funds Transfer ("EFT") in the amount $403,157.22, which EFT originated from the Defendant, was restrained at Deutsche Bank NY on September 25, 2007; and

WHEREAS, the underlying dispute detailed in the Complaint has now been fully settled between Plaintiff and Defendant;

THEREFORE, Plaintiff, by its undersigned attorney, pursuant to Rule 41(a)(1)(i), does hereby voluntarily dismiss the action, without prejudice; and

It is So Ordered that garnishee, Deutsche Bank NY, shall immediately release its restraint on the property of Defendant, $403,157.22, and promptly return said funds by EFT to Defendant, Emirates Trading Agency, LLC, at the place and account from which said funds first originated. .

Dated: New York, New York
       October 19, 2007

> Patrick C. Crilley (PC 9057)
> (212) 619-1919
> *Of Counsel to*
> Richard A. Zimmerman (RZ 0963)
> Attorney for Plaintiff
> 233 Broadway – Suite 2202
> New York, NY 10279
> (212) 962 -1818

October 23, 2007

SO ORDERED: _____
                  U.S.D.J.